Howard C. Goldman, for appellant; Kirkland, Fleming, Green, Martin & Ellis, for certain appellee; Charles M. Rush, and John M. O'Connor, Jr., of counsel; Charles C. Wooster, for certain other appellee; Richard A. Mugalian, of counsel. Opinion by PRESIDING JUSTICE ROBSON. **Not to be published in full.** Opinion filed January 27, 1953; rehearing denied February 26, 1953; released for publication February 26, 1953.

## Nickolas L. Barnes, Appellant, v. William Dixon, Appellee.

**Gen. No. 45,832.**

Houston H. Hall, and Mary M. Hall, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE ROBSON. **Not to be published in full.** Opinion filed January 27, 1953; released for publication February 26, 1953.